# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lana Vo,<br><br>   Plaintiff,<br><br>v.<br><br>Air Duct Specialists LLC, et al.,<br><br>   Defendants. | NO. CV-20-00745-PHX-DJH<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants, jointly and severally in the amount of $540.00, including post-judgment interest at the statutory rate.

Debra D. Lucas
District Court Executive/Clerk of Court

March 25, 2021

By   s/ Rebecca Kobza
     Deputy Clerk